AMORÓS v. THE DISTRICT COURT OF GUAYAMA ET AL.

APPLICATION for a Writ of Inhibition.

No. 6.—Decided February 5, 1907.

JURISDICTION—CASES IN WHICH DEFENDANT IS A FOREIGNER—WRIT OF INHIBITION.—The fact that the defendant in an action or proceeding filed in an inferior court is a foreigner and may for that reason apply for a transfer of the suit to the District Court of the United States, does not give him a right to deny the jurisdiction of the Insular Court and obtain a writ of inhibition against it, because, even though the transfer be proper, the Insular Court has jurisdiction, although its jurisdiction may not be exclusive.

*Mr. López Landrón* for petitioner..

DECISION OF THE COURT.

The fact alleged by the petitioner, Mateo Amorós, who is one of the defendants in the action brought in the District Court of Guayama, that he is a citizen of Spain, gives him no right to deny the jurisdiction of that court because, on the supposition, which we do not discuss, that he had a right to

ask for the transfer of the case to the Federal Court, it can not be maintained on that ground that the Guayama court is without jurisdiction, although its jurisdiction may not be exclusive.

The writ of inhibition prayed for will therefore not issue.

*Denied.*

Chief Justice Quiñones and Justices Hernández, Figueras, MacLeary and Wolf concurred.